UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY | * | CIVIL ACTION No.: 19-09187 |
| | * | |
| VS. | * | JUDGE: BARRY W. ASHE |
| | * | |
| LOUISIANA SUGAR REFINING, LLC | * | MAGISTRATE: DANA DOUGLAS |
| ***************************************** | * | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, The Phoenix Insurance Company ("Phoenix"), which, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action in its entirety and with prejudice.

This voluntary dismissal is authorized and proper under Fed.R.Civ.P. 41(a)(1)(A)(i) as the sole defendant in this case, Louisiana Sugar Refining, LLC ("Louisiana Sugar"), has not yet served either an answer or a motion for summary judgment in this action. Furthermore, as the parties have amicably settled the claims set forth in this action, Phoenix dismisses this action with prejudice as permitted by Fed.R.Civ.P. 41(a)(1)(B).

**WHEREFORE**, Phoenix hereby voluntarily dismisses this action with prejudice.[1]

Respectfully submitted:

*/s/ Joseph P. Guichet*
Joseph P. Guichet, #24441
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
***Attorneys for The Phoenix Insurance Company***

---

[1] This notice renders moot Phoenix's Motion to Dismiss [Rec. Doc. 7].

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of July 2019 a copy of the foregoing was filed electronically with the clerk of court using the CM/ECF system.

                                          */s/ Joseph P. Guichet*_____
                                          Joseph P. Guichet

3791599v1